

FILED
JAN 18 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re:                                       ) Case No. 10-49528-D-7
                                             )
THOMAS BROWN and KRISTIN BROWN,              )
                                             )
                                             )
              Debtors.                       ) DATE: February 16, 2011
_____) TIME: 12:45 p.m.

### ORDER ON REAFFIRMATION AGREEMENT

A Reaffirmation Agreement between Thomas and Kristin Brown (the "Debtors") and American Honda Finance was filed in this case on January 7, 2011. The Debtors are represented by counsel. The reaffirmation is deficient in that the income and expense disclosures required in Part D of the agreement are missing. Accordingly,

IT IS ORDERED that a hearing will be held on the Debtors' Reaffirmation Agreement on February 16, 2011 at 12:45 p.m., at 501 "I" Street, Sixth Floor, Courtroom 34, Sacramento, California, and counsel for the Debtors shall appear at the hearing to explain to the court the deficiencies referenced above;

IT IS FURTHER ORDERED, that no discharge shall be entered in this case until the conclusion of the above hearing.

Dated: January 18, 2011        /s/ Robert S. Bardwil
                               ROBERT S. BARDWIL
                               United States Bankruptcy Judge

Calendared CG

**CERTIFICATE OF MAILING**

I, Andrea Lovgren, in the performance of my duties as Deputy Clerk to the Honorable Robert S. Bardwil, mailed by ordinary mail a true copy of the attached document to each of the parties listed below:

Thomas & Kristin Brown
7310 Churn Creek Rd.
Redding, CA 96002

Catherine King
2051 Hilltop Dr., #A28
Redding, CA 96002

John Reger
280 Hemsted, #C
Redding, CA 96002

American Honda Finance
P.O. Box 168088
Irving, TX 75016-8088

DATE: January 18, 2011

_Andrea Lovgren_
Deputy Clerk